1  BRETT A. SHUMATE, Assistant Attorney General, Civil Division
2  JORDAN C. CAMPBELL, Deputy Assistant Attorney General
   SARMAD M. KHOJASTEH, Senior Counsel
3  LISA K. HSIAO, Acting Director, Consumer Protection Branch
4  ZACHARY A. DIETERT, Assistant Director
   ZACHARY L. COWAN, Trial Attorney (NCBN 53432)
5  FRANCISCO L. UNGER, Trial Attorney (MABN 698807)

6        U.S. Department of Justice
7        450 5th Street NW, Suite 6400-S
         Washington, DC 20530
8        (202) 598-7566 (Cowan)
9        Zachary.L.Cowan@usdoj.gov

10 *Attorneys for Plaintiff United States of America*

11
                    UNITED STATES DISTRICT COURT
12                  CENTRAL DISTRICT OF CALIFORNIA
13                        WESTERN DIVISION

14

15  UNITED STATES OF AMERICA,              **Case No. 2:25-cv-08223**

16        Plaintiff,
                                           STIPULATION OF PARTIES
17        v.                               FOR ENTRY OF ORDER FOR
                                           PERMANENT INJUNCTION,
18                                         CIVIL PENALTY JUDGMENT,
19  DISNEY WORLDWIDE SERVICES,             AND OTHER RELIEF
20  INC., a corporation; and

21  DISNEY ENTERTAINMENT
22  OPERATIONS LLC, a limited liability
    company,
23
24        Defendants.

25

26

27

Plaintiff the United States of America, acting upon notification from the Federal Trade Commission ("FTC"), filed its Complaint For Permanent Injunction, Civil Penalty Judgment, And Other Relief, against Defendants Disney Worldwide Services, Inc. and Disney Entertainment Operations LLC (collectively, "Disney") for alleged violations of the Children's Online Privacy Protection Act of 1998 ("COPPA") and the FTC's Children's Online Privacy Protection Rule ("COPPA Rule"). The parties have resolved all issues in this matter through the Proposed Stipulated Order, which is Attachment A to this Motion.

"Because of the unique aspects of settlements, a district court should enter a proposed consent judgment if the court decides that it is fair, reasonable and equitable and does not violate the law or public policy." *Sierra Club, Inc. v. Elec. Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990) (citing *Citizens for a Better Environment v. Gorsuch*, 718 F.2d 1117, 1125-26 (D.C. Cir. 1983)); *see SEC v. Randolph,* 736 F.2d 525, 529 (9th Cir. 1984). In approving a settlement, a court "need not inquire into the precise legal rights of the parties nor reach and resolve the merits of the claims or controversy." *Gorsuch*, 718 F.2d at 1126 (quoting *Metro. Hous. Dev. Corp. v. Vill. Of Arlington Heights*, 616 F.2d 1006, 1014 (7th Cir. 1980)). Rather, "[a]s long as the consent decree comes within the general scope of the case made by the pleadings, furthers the objectives upon which the law is based, and does not violate the statute upon which the complaint was based, the parties' agreement may be entered by the court." *Sierra Club*, 909 F.2d at 1355 (quoting *Loc. No. 93, Int'l Ass'n of Firefighters, AFL-CIO C.L.C. v. City of Cleveland*, 478 U.S. 501, 525-26 (1986) (*quoting Pacific R. Co. v. Ketchum*, 101 U.S. 289, 297 (1880))) (alterations and internal quotation marks omitted).

1       The Stipulated Order is fair, reasonable, and equitable. It addresses the
2  concerns giving rise to the Complaint. It also ensures that Disney will provide
3  parents appropriate notice and obtain verified parental consent, when required
4  by the COPPA Rule, before children's information is collected. Among other
5  things, the Proposed Stipulated Order requires Disney to implement an audience
6  designation program to ensure its videos are properly directed as "made for
7  kids" where appropriate.  It also provides immediate relief to American
8  consumers.

9       To resolve this matter and afford parents and children these protections as
10 soon as possible, the parties respectfully request that the Court effectuate this
11 resolution and enter the Proposed Stipulated Order.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Dated: September 2, 2025

Respectfully submitted,

**FOR THE**
**FEDERAL TRADE**
**COMMISSION**

**FOR PLAINTIFF:**
**THE UNITED STATES OF**
**AMERICA**

BENJAMIN WISEMAN
Associate Director, Division of
Privacy & Identity Protection

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

MARK EICHORN
Assistant Director

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

JACQUELINE FORD
GENEVIEVE BONAN
Attorneys
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
(202) 326-2844 (Ford)
(202) 326-3139 (Bonan)
jford1@ftc.gov
gbonan@ftc.gov

SARMAD M. KHOJASTEH
Senior Counsel

LISA K. HSIAO
Acting Director,
Consumer Protection Branch

ZACHARY A. DIETERT
Assistant Director

*/s/ Zachary L. Cowan*
ZACHARY L. COWAN
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 5th St., N.W. Ste. 6400-S
Washington, D.C. 20530
(202) 598-7566 (Cowan)
Zachary.L.Cowan@usdoj.gov
Francisco.L.Unger@usdoj.gov

*Counsel for Plaintiff the United*
*States of America*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**FOR DEFENDANTS:**

*/s/ Rebecca B. Durrant*
REBECCA B. DURRANT
Kelley Drye & Warren LLP
350 South Grand Avenue
Suite 3800
Los Angeles, CA 90071
rdurrant@kelleydrye.com

ALYSA Z. HUTNIK
LAURA RIPOSO VANDRUFF
ALEXANDER I. SCHNEIDER
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street NW
Washington, DC 20007
ahutnik@kelleydrye.com
lvandruff@kelleydrye.com
aschneider@kelleydrye.com

*Counsel for Defendants Disney*
*Worldwide Services, Inc. and Disney*
*Entertainment Operations LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**FILER ATTESTATION**

     Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                      */s/ Zachary L. Cowan*