# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-8223-GW-RAOx | Date | December 11, 2025 |
| Title | *United States of America v. Disney Worldwide Services, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Zachary L. Cowan, USDOJ  
Jaqueline Ford, FTC, by telephone

Attorneys Present for Defendants:  
Rebecca B. Durrant  
Lauri A. Mazzuchetti  
Alysa Z. Hutnik

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer. The Court will review and respond to the Stipulation for Permanent Injunction [4] filed by the Government on September 2, 2025, the Movants' Response [17] filed on November 21, 2025, and the Government's Reply [19] filed on December 1, 2025.

| | : | 03 |
|---|---|---|
| Initials of Preparer | JG | |